# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

PAUL CIAGLO, declares, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the attached complaint and authorized the filing thereof.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff purchased shares of Turquoise Hill Resources during the proposed class period, as set forth in Exhibit A.

5. In the past three years, plaintiff has not sought to serve and has not served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __7__ day of December 2020.

_____
PAUL CIAGLO

HACH ROSE SCHIRRIPA & CHEVERIE LLP        112 Madison Avenue, 10th Floor
Tel.: 212.213.8311                                      New York, New York 10016

## SCHEDULE A

| Date | BUY/SELL | # of Shares | Price/Share |
|---|---|---|---|
| 1/8/2019 | BUY | 3,000.00 | $ 1.6200 |
| 2/15/2019 | SOLD | (1,000.00) | $ 1.6853 |
| 2/27/2019 | SOLD | (1,500.00) | $ 1.8600 |
| 2/28/2019 | BUY | 500.00 | $ 1.6966 |
| 3/4/2019 | BUY | 500.00 | $ 1.7999 |
| 3/5/2019 | BUY | 500.00 | $ 1.7699 |
| 3/8/2019 | BUY | 1,000.00 | $ 1.6099 |
| 3/18/2019 | SOLD | 1,000.00 | $ 1.7831 |
| 4/29/2019 | BUY | 2,000.00 | $ 1.4925 |
| 5/1/2019 | BUY | 2,000.00 | $ 1.4549 |
| 5/15/2019 | BUY | 1,000.00 | $ 1.2464 |
| 6/14/2019 | BUY | 2,000.00 | $ 1.1741 |
| 7/9/2019 | BUY | 1,000.00 | $ 1.1171 |
| 7/9/2019 | BUY | 750.00 | $ 1.0977 |
| 7/16/2019 | BUY | 5,000.00 | $ 0.6376 |
| 7/19/2019 | BUY | 50.00 | $ 0.6144 |
| 7/19/2019 | BUY | 300.00 | $ 0.6143 |
| 7/19/2019 | BUY | 3,900.00 | $ 0.6142 |
| 7/24/2019 | BUY | 2,500.00 | $ 0.5758 |