**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 1:20-cv-08585-LJL |

**NOTICE OF MOTION OF THE PENTWATER FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on December 30, 2020 at 2:00 p.m., before the Honorable Lewis J. Liman, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 15C, New York, New York, the Pentwater Funds[1] will respectfully move this Court for entry of an Order: (1) appointing them as Lead Plaintiff under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") in the above-captioned action; (2) approving their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") to serve as Lead Counsel for the Class; and (3) granting any further relief that the Court may deem just and proper.

This Motion is made on the grounds that the Pentwater Funds believe they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Pentwater Funds believe that they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $299 million in losses when calculated on a first-in, first-out basis and approximately $220 million in losses when calculated on a last-in, first-out basis that they suffered on their investments in Turquoise Hill Resources Ltd. securities from July 17, 2018 to July 31, 2019, inclusive. The Pentwater Funds also otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. Moreover, the Pentwater Funds are paradigmatic Lead

[1] The "Pentwater Funds" consist of seven related private investment funds, including PWCM Master Fund Ltd., Pentwater Thanksgiving Fund LP, Pentwater Merger Arbitrage Master Fund Ltd., Oceana Master Fund Ltd., LMA SPC for and on behalf of the MAP 98 Segregated Portfolio, Pentwater Equity Opportunities Master Fund Ltd., and Crown Managed Accounts SPC acting for and on behalf of Crown/PW Segregated Portfolio.

Plaintiffs under the PSLRA because they are sophisticated institutional investors with a substantial financial stake in the litigation, which guarantees effective monitoring and supervision of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Salvatore J. Graziano filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Pentwater Funds respectfully request that the Court (1) appoint them to serve as Lead Plaintiff in accordance with Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B); (2) approve their selection of Bernstein Litowitz as Lead Counsel for the Class; and (3) grant any further relief that the Court may deem just and proper.

Dated: December 14, 2020

Respectfully submitted,

*/s/ Salvatore J. Graziano*
Salvatore J. Graziano
Gerald H. Silk
Mark Lebovitch
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
salvatore@blbglaw.com
jerry@blbglaw.com
markl@blbglaw.com

*Counsel for Proposed Lead Plaintiff PWCM Master Fund Ltd., Pentwater Thanksgiving Fund LP, Pentwater Merger Arbitrage Master Fund Ltd., Oceana Master Fund Ltd., LMA SPC for and on behalf of the MAP 98 Segregated Portfolio, Pentwater Equity Opportunities Master Fund Ltd., and Crown Managed Accounts SPC acting for and on behalf of Crown/PW Segregated Portfolio, and Proposed Lead Counsel for the Class*