| | |
|---|---|
| **From:** | Rosen, Richard A <rrosen@paulweiss.com> |
| **Sent:** | Wednesday, March 17, 2021 5:47 PM |
| **To:** | Michael Blatchley; Renita Sharma (External); Corey Worcester (coreyworcester@quinnemanuel.com) |
| **Cc:** | Salvatore Graziano |
| **Subject:** | RE: Activity in Case 1:20-cv-08585-LJL In re Turquoise Hill Resources Ltd. Securities Litigation Notice to Attorney Regarding Deficient Pleading  Consent to File |

**[External]**

Mike,

We consent on behalf of the TRQ defendants.  (If this is the reason for your voicemail, no need for us to speak.)

**Richard A. Rosen** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3305 (Direct Phone) | 212 492 0305 (Direct Fax) | 917 863-3018 (Cell)
rrosen@paulweiss.com | www.paulweiss.com

**From:** Michael Blatchley <MichaelB@blbglaw.com>
**Sent:** Wednesday, March 17, 2021 5:41 PM
**To:** Renita Sharma (External) <renitasharma@quinnemanuel.com>; Corey Worcester (coreyworcester@quinnemanuel.com) <coreyworcester@quinnemanuel.com>; Rosen, Richard A <rrosen@paulweiss.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>
**Subject:** Activity in Case 1:20-cv-08585-LJL In re Turquoise Hill Resources Ltd. Securities Litigation Notice to Attorney Regarding Deficient Pleading -- Consent to File

Counsel:

Pursuant to the ECF clerk's notice below, we respectfully request your consent to re-file the complaint we filed yesterday evening.  As set forth in the attached clean and redline versions of the complaint, the only change to the document is to add the word "Amended" to the title and correct the civil action number.

Per the filing clerk in the Southern District of New York, Lead Plaintiff may refile by attaching as an exhibit an email from counsel for Defendants consenting to the refiling.  Please confirm we have your consent to file.

Kind regards,
Mike

Michael D. Blatchley
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
Direct Dial: (212) 554-1281
Mobile:  (917) 604-9922

Facsimile: (212) 554-1444
Email: michaelb@blbglaw.com

NOTICE

This email message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email and any attachment(s) is strictly prohibited.  If you have received this email in error, please immediately notify the sender by replying to this email and delete the message and any attachment(s) from your system.  Thank you.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, March 17, 2021 2:57 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-08585-LJL In re Turquoise Hill Resources Ltd. Securities Litigation Notice to Attorney Regarding Deficient Pleading

**[External]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 3/17/2021 at 2:56 PM EDT and filed on 3/17/2021
**Case Name:**        In re Turquoise Hill Resources Ltd. Securities Litigation
**Case Number:**      1:20-cv-08585-LJL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Salvatore Jo Graziano to RE-FILE re: Document No. [109] Amended Complaint,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF title must include 'Amended' to correspond with the event type used; the pleading was filed incorrectly on the due date, therefore new Court's leave must be granted. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (jgo)**

**1:20-cv-08585-LJL Notice has been electronically mailed to:**

David Avi Rosenfeld    drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Kurt Michael Hunciker    khunciker@hrsclaw.com

Phillip C. Kim    pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Salvatore Jo Graziano    sgraziano@blbglaw.com, DavidD@blbglaw.com, Desiree.Morris@blbglaw.com, MarkL@blbglaw.com, Ryan.Dykhouse@blbglaw.com, jai@blbglaw.com, managingclerk@blbglaw.com, matthew.molloy@blbglaw.com

Frank Rocco Schirripa    fschirripa@hrsclaw.com, sakter@hrsclaw.com

Robert Neil Kravitz    rkravitz@paulweiss.com, mao_fednational@paulweiss.com

Richard A. Rosen    rrosen@paulweiss.com, ebeinhorn@paulweiss.com, mao_fednational@paulweiss.com

Gregory Bradley Linkh    glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Nicholas Ian Porritt    nporritt@zlk.com, ecf@zlk.com

Shannon Lee Hopkins    shopkins@zlk.com, files@zlk.com, shalliday@zlk.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com, tcrockett@pomlaw.com

Richard Corey Worcester    coreyworcester@quinnemanuel.com, corey-worcester-4758@ecf.pacerpro.com

Michael Dains Blatchley    michaelb@blbglaw.com, Jai@blbglaw.com, Khristine.DeLeon@blbglaw.com, Matthew.Mahady@blbglaw.com, Scott.Foglietta@blbglaw.com, adamw@blbglaw.com

Renita Sharma    renitasharma@quinnemanuel.com, renita-sharma-9522@ecf.pacerpro.com

Jomaire Alicia Crawford    jomairecrawford@quinnemanuel.com, jomaire-crawford-quinn-emanuel-urquhart-sullivan-llp-7410@ecf.pacerpro.com

Joseph Alexander Hood, II    ahood@pomlaw.com, abarbosa@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Michael Albert    malbert@rgrdlaw.com

Charles H. Linehan    clinehan@glancylaw.com, charles-linehan-8383@ecf.pacerpro.com

Seth Maxwell Pavsner    spavsner@hrsclaw.com

Jesse Bernstein    jessebernstein@quinnemanuel.com, jesse-bernstein-1162@ecf.pacerpro.com

Leigha Empson    leighaempson@quinnemanuel.com

3

**1:20-cv-08585-LJL Notice has been delivered by other means to:**

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.