| | |
|---|---|
| **From:** | Renita Sharma (External) |
| **Sent:** | Wednesday, March 17, 2021 5:48 PM |
| **To:** | Michael Blatchley; Corey Worcester; Rosen, Richard A |
| **Cc:** | Salvatore Graziano |
| **Subject:** | RE: Activity in Case 1:20-cv-08585-LJL In re Turquoise Hill Resources Ltd. Securities Litigation Notice to Attorney Regarding Deficient Pleading -- Consent to File |

**[External]**

Mike,

Thanks for the email.  You have our consent to re-file on behalf of defendants Rio Tinto plc, Rio Tinto Limited, Rio Tinto International Holdings Limited, Jean-Sébastien Jacques,  and Arnaud Soirat.

Best,
Renita

**Renita Sharma** | *Partner* | **Quinn Emanuel Urquhart & Sullivan, LLP** | 51 Madison Avenue, 22nd Floor, New York, NY 10010
Direct: 212.849.7413 | Main Phone: 212.849.7000 | Fax: 212.849.7100 | E-mail: renitasharma@quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Michael Blatchley [mailto:MichaelB@blbglaw.com]
**Sent:** Wednesday, March 17, 2021 5:41 PM
**To:** Renita Sharma <renitasharma@quinnemanuel.com>; Corey Worcester <coreyworcester@quinnemanuel.com>; Rosen, Richard A <rrosen@paulweiss.com>
**Cc:** Salvatore Graziano <Salvatore@blbglaw.com>
**Subject:** Activity in Case 1:20-cv-08585-LJL In re Turquoise Hill Resources Ltd. Securities Litigation Notice to Attorney Regarding Deficient Pleading -- Consent to File

**[EXTERNAL EMAIL]**

Counsel:

Pursuant to the ECF clerk's notice below, we respectfully request your consent to re-file the complaint we filed yesterday evening.  As set forth in the attached clean and redline versions of the complaint, the only change to the document is to add the word "Amended" to the title and correct the civil action number.

Per the filing clerk in the Southern District of New York, Lead Plaintiff may refile by attaching as an exhibit an email from counsel for Defendants consenting to the refiling.  Please confirm we have your consent to file.

Kind regards,
Mike

Michael D. Blatchley
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
Direct Dial: (212) 554-1281
Mobile:  (917) 604-9922
Facsimile: (212) 554-1444
Email: michaelb@blbglaw.com

NOTICE

This email message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or constitutes attorney work product.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email and any attachment(s) is strictly prohibited.  If you have received this email in error, please immediately notify the sender by replying to this email and delete the message and any attachment(s) from your system.  Thank you.

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Wednesday, March 17, 2021 2:57 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-08585-LJL In re Turquoise Hill Resources Ltd. Securities Litigation Notice to Attorney Regarding Deficient Pleading

**[External]**

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 3/17/2021 at 2:56 PM EDT and filed on 3/17/2021
**Case Name:**         In re Turquoise Hill Resources Ltd. Securities Litigation
**Case Number:**       1:20-cv-08585-LJL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Salvatore Jo Graziano to RE-FILE re: Document No. [109] Amended Complaint,. The filing is deficient for**

**the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF title must include 'Amended' to correspond with the event type used; the pleading was filed incorrectly on the due date, therefore new Court's leave must be granted. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (jgo)**

**1:20-cv-08585-LJL Notice has been electronically mailed to:**

David Avi Rosenfeld     drosenfeld@rgrdlaw.com, drosenfeld@ecf.courtdrive.com, e_file_ny@rgrdlaw.com, e_file_sd@rgrdlaw.com

Kurt Michael Hunciker     khunciker@hrsclaw.com

Phillip C. Kim     pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Salvatore Jo Graziano     sgraziano@blbglaw.com, DavidD@blbglaw.com, Desiree.Morris@blbglaw.com, MarkL@blbglaw.com, Ryan.Dykhouse@blbglaw.com, jai@blbglaw.com, managingclerk@blbglaw.com, matthew.molloy@blbglaw.com

Frank Rocco Schirripa     fschirripa@hrsclaw.com, sakter@hrsclaw.com

Robert Neil Kravitz     rkravitz@paulweiss.com, mao_fednational@paulweiss.com

Richard A. Rosen     rrosen@paulweiss.com, ebeinhorn@paulweiss.com, mao_fednational@paulweiss.com

Gregory Bradley Linkh     glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Nicholas Ian Porritt     nporritt@zlk.com, ecf@zlk.com

Shannon Lee Hopkins     shopkins@zlk.com, files@zlk.com, shalliday@zlk.com

Jeremy Alan Lieberman     jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, ashmatkova@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com, tcrockett@pomlaw.com

Richard Corey Worcester     coreyworcester@quinnemanuel.com, corey-worcester-4758@ecf.pacerpro.com

Michael Dains Blatchley     michaelb@blbglaw.com, Jai@blbglaw.com, Khristine.DeLeon@blbglaw.com, Matthew.Mahady@blbglaw.com, Scott.Foglietta@blbglaw.com, adamw@blbglaw.com

Renita Sharma     renitasharma@quinnemanuel.com, renita-sharma-9522@ecf.pacerpro.com

Jomaire Alicia Crawford     jomairecrawford@quinnemanuel.com, jomaire-crawford-quinn-emanuel-urquhart-sullivan-llp-7410@ecf.pacerpro.com

Joseph Alexander Hood, II     ahood@pomlaw.com, abarbosa@pomlaw.com, asoto@pomlaw.com, disaacson@pomlaw.com

Michael Albert     malbert@rgrdlaw.com

Charles H. Linehan     clinehan@glancylaw.com, charles-linehan-8383@ecf.pacerpro.com

Seth Maxwell Pavsner     spavsner@hrsclaw.com

Jesse Bernstein     jessebernstein@quinnemanuel.com, jesse-bernstein-1162@ecf.pacerpro.com

Leigha Empson     leighaempson@quinnemanuel.com

**1:20-cv-08585-LJL Notice has been delivered by other means to:**