```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
                                                                     :
                                                                     :
                                                                     :
                                                                     :
IN RE TURQUOISE HILL RESOURCES LTD.                                  :    20-cv-8585 (LJL)
SECURITIES LITIGATION                                                :
                                                                     :         ORDER
                                                                     :
                                                                     :
                                                                     :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2021

LEWIS J. LIMAN, United States District Judge:

  The motion to dismiss at Dkt. No. 111 is denied as moot in light of the filing of an amended complaint at Dkt. No. 127. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 111.

  SO ORDERED.

Dated: October 1, 2021
   New York, New York

                   LEWIS J. LIMAN
                  United States District Judge