```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
                                                                 :
                                                                 :
                                                                 :
IN RE TURQUOISE HILL RESOURCES LTD.                              :      20-cv-08585 (LJL)
SECURITIES LITIGATION                                            :
                                                                 :           ORDER
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The hearing scheduled for October 13, 2022 at 12:00pm on the motion to allow Pentwater Funds to continue to serve as Lead Plaintiff and a proposed Class Representative and for leave for John J. Murphy to be added as an additional Plaintiff and proposed Class Representative, Dkt. No. 155, is rescheduled to October 26, 2022 at 10am.  That hearing will also concern Chang Pin Lin's motion for appointment as Lead Plaintiff and for selection of counsel.  Dkt. No. 163.

      The hearing will be held in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: October 7, 2022  
      New York, New York

                                                       LEWIS J. LIMAN  
                                             United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 10/07/2022