```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
IN RE TURQUOISE HILL RESOURCES LTD.                                :
SECURITIES LITIGATION                                              :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022

20-cv-08585 (LJL)

NOTICE

LEWIS J. LIMAN, United States District Judge:

On Monday, December 12, 2022, the Court received an email from a Dr. Maurice Duffy who stated that he was one of Rio Tinto's key strategic advisors from 2007 to 2018 and may have information relevant to the case. Dr. Duffy is not a counsel of record in this case.

The Court has not reviewed the substance of the email but has provided a copy of the email to counsel of record in this case, informing counsel that—absent a request to the contrary—it does not plan to file Dr. Duffy's email on the docket or to respond to it.

SO ORDERED.

Dated: December 12, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge