# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 1:20-cv-08585-LJL |

## STIPULATION AND [PROPOSED] ADDENDUM TO CASE MANAGEMENT PLAN AND SCHEDULING ORDER

WHEREAS, the Court scheduled an initial conference for this matter for January 23, 2023 at 10:00 am;

WHEREAS, a proposed case management plan is due to the Court on January 16, 2023;

WHEREAS, Lead Plaintiff the Pentwater Funds ("Pentwater") and Defendants Rio Tinto plc, Rio Tinto Limited, Jean-Sébastien Jacques, and Arnaud Soirat (collectively, "Defendants" and together with Pentwater, the "Parties") have conferred regarding certain deadlines for this case;

WHEREAS, the Parties have reached an agreement on certain case deadlines and are simultaneous filing the Court's form case management plan and scheduling order, which embodies the parties' agreement as to certain case deadlines;

WHEREAS, the Parties have also reached an agreement to certain additional deadlines that are not contained in the Court's form case management plan and scheduling order, as well as numbers of interrogatories and depositions;

WHEREAS, the Parties wish for these additional agreed-upon deadlines and numbers of interrogatories and depositions to be so-ordered by the Court;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1.      The following schedule shall govern proceedings in the Action:

| Event | Deadline |
|---|---|
| Parties substantially complete document discovery | May 26, 2023 |
| Plaintiffs file their motion for class certification including any expert report(s) | May 26, 2023 |
| Defendants file their response or opposition to Plaintiffs' class certification motion including any expert report(s) | July 7, 2023 |
| Plaintiffs file their reply in further support for class certification including any expert report(s) | August 4, 2023 |
| Completion of fact discovery, including all fact depositions | March 29, 2024 |
| Parties serve requests to admit | March 29, 2024 |
| Deadline for the party(ies) with the burden of proof to serve expert report(s) | April 25, 2024 |
| Deadline for party(ies) to submit any rebuttal expert report(s) | June 6, 2024 |
| Completion of expert discovery, including all expert depositions | July 10, 2024 |
| Parties shall file any motion(s) for summary judgment | August 2, 2024 |
| Parties shall file any opposition(s) to summary judgment | October 1, 2024 |
| Parties shall file any reply(ies) in support of summary judgment | November 15, 2024 |

2.      These deadlines may be amended only by order of the Court, which may be sought by the Parties.

3.      Each side may serve up to 35 interrogatories and take up to 30 depositions.

4.      This Order may be modified for good cause shown on the motion of any Party.

5.      The Parties agree to be bound by the terms of this Stipulation pending its entry by the Court.

Dated: January 13, 2023

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |

Salvatore J. Graziano
Michael D. Blatchley
Bernstein Litowitz Berger
  &amp; Grossmann LLP
1251 Avenue of the Americas
New York, NY 10020
Tel:  212-554-1400
Fax: 212-554-1444

*Counsel for Lead Plaintiff the Pentwater Funds*

Corey Worcester
Renita Sharma
Hope Skibitsky
Leigha Empson
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010
Tel:  212-849-7000
Fax: 212-849-7100

*Counsel for Defendants Rio Tinto plc, Rio Tinto Limited, Jean-Sébastien Jacques and Arnaud Soirat*

IT IS SO ORDERED on this __ day of _____ , 2023.

_____

Hon. Lewis J. Liman