# EXHIBIT 1

IN THE EMPLOYMENT TRIBUNALS  
LONDON CENTRAL

Case No: 2203693/2019

RICHARD BOWLEY

Claimant

-and-

RIO TINTO LONDON LIMITED

Respondent

## WITNESS STATEMENT OF RICHARD BOWLEY

## INDEX

| | |
|---|---|
| My direct knowledge of the facts | **Page 2** |
| Other sources of evidence | **Pages 2-3** |
| My case in a nutshell | **Pages 3 - 5** |
| My background and my recruitment by Craig Kinnell, Chief Development Officer Partnerships & JVs Copper & Diamonds, Rio Tinto | **Pages 5-18** |
| Jurisdiction/employer identity/place of work | **Pages 18-28** |
| Chronology of events and whistleblowing reports regarding securities fraud to senior members of Rio Tinto Copper & Diamonds | **Pages 28-51** |
| My DSAR | **Pages 51-54** |
| Generally and my reports to the Rio Tinto main board | **Pages 54-61** |

1

I, Richard Bowley of 1 Hazledown Close River, Dover, Kent CT17 0NJ, will say as follows:

**My Direct Knowledge of the Facts**

1. The matters I refer to below are true and within my direct knowledge unless otherwise stated. I refer to the Respondent as "the Company" or "Rio Tinto". The subject project is the Rio Tinto Oyu Tolgoi ("OT") Underground Expansion Project in Mongolia. This is a major strategic project for Rio Tinto.

**Other Sources of Evidence**

2. The primary sources of the information set out in this statement are:

2.1   Craig Kinnell, who recruited me;

2.2   Rosemary Fagen, to whom I reported temporarily when Craig fell ill. . After Craig went on sick leave Andrew Russell was temporarily appointed to fill the role, but I had no interaction with Andrew during this period;

2.3   Local Site Managers at OT, with whom I had dealings;

2.4   The Project Document Register for OT;

2.5   The Project Monthly Report Register for OT;

2.6   My personal data processed by the Respondent in London;

2.7   Emails and other documents retained by me; and

2.8   DSAR disclosure material provided by Rio Tinto (heavily redacted).

Sources (2.4) and (2.5) comprise some 58,000 documents.

3. I have retained a copy of items (4) and (5) to guard against attempts by Rio Tinto to discredit me or to stifle my reports and have only done so for the purpose of this litigation and as a protective measure. My impression has been that through

2

personnel within RT C&D about me speaking to/working with stakeholders and the Mongolian government is very clear.

I make this Statement believing the contents to be true.

Dated this 15th day of March 2020

**Richard Bowley**