UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INRE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 1:20-cv-08585-LJL |

## ORDER GRANTING MOTION FOR ISSUANCE OF A LETTER OF REQUEST PURSUANT TO THE HAGUE CONVENTION ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS DATED MARCH 18, 1970

The Court, having reviewed Defendants' Motion for Issuance of A Letter of Request Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters Dated March 18, 1970, as well as papers in support, HEREBY ORDERS THAT:

1. The Motion is GRANTED.

2. The Request for Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters attached as Exhibit A to the Letter of Corey Worcester, dated March 9, 2023, is hereby issued as the Court's "Letter of Request" and is fully incorporated herein.

3. The signed Order and the Letter of Request will be given to Quinn Emanuel Urquhart & Sullivan UK, LLP, who will cause both documents to be filed with The Senior Master, For the attention of the Foreign Process Section, Room E16, Royal Courts of Justice, Strand, LONDON WC2A 2LL, England.

4. The protective order governing confidentiality in this action shall apply to the deposition, including the transcript and video.

5. This Order, Richard Bowley's production of documents, the deposition of Richard Bowley, or the terms of the Letter of Request (which are incorporated into this Order) shall not be

construed or operate as a waiver of any argument, position, objection, allegation, or claim or defense of any party in the above-captioned action, or of the attorney-client privilege, the work product doctrine, or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the laws of the United Kingdom, the United States of America, or the State of New York.

IT IS SO ORDERED.

DATED: 3/10/2023

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE