UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 20-cv-08585-LJL |

**Notice and [Proposed] Order for Withdrawal of Counsel**

PLEASE TAKE NOTICE that, upon the annexed declaration of Richard A. Rosen, and subject to the approval of the Court, Richard A. Rosen hereby withdraws as counsel for Defendants Turquoise Hill Resources Ltd., Luke Colton, Brendan Lane, and Ulf Quellmann and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent these Defendants.

DATED:  June 26, 2023

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ Richard A. Rosen
Richard A. Rosen
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
rrosen@paulweiss.com

SO ORDERED:

_____
Lewis J. Liman
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 20-cv-08585-LJL |

Richard A. Rosen, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Turquoise Hill Resources Ltd., Luke Colton, Brendan Lane, and Ulf Quellmann in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I retired as a partner of the firm on December 31, 2022 and will no longer be participating in the defense of this matter.

2. Paul, Weiss will continue to represent Turquoise Hill Resources Ltd., Luke Colton, Brendan Lane, and Ulf Quellmann.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2023         By: /s/ Richard A. Rosen
New York, New York                 Richard A. Rosen

## **Certificate of Service**

I hereby certify that on June 26, 2023, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Turquoise Hill Resources Ltd., Luke Colton, Brendan Lane, and Ulf Quellmann.

June 26, 2023
New York, New York

/s/ Richard A. Rosen
Richard A. Rosen
