UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
:
:
:
:
:
IN RE TURQUOISE HILL RESOURCES LTD.   :    20-cv-08585 (LJL)
SECURITIES LITIGATION    :
:    ORDER
:
:
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court is prepared to approve the proposed amended schedule along with the requested stay. By Friday, November 17, 2023, the parties should inform the Court whether they object to an order deeming the current motion to certify the class to be withdrawn without prejudice to renewal after the Court rules upon the proposed amended complaint.

     SO ORDERED.

Dated: November 13, 2023
      New York, New York

                                        LEWIS J. LIMAN
                                      United States District Judge