**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
coreyworcester@quinnemanuel.com

November 17, 2023

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   *In re Turquoise Hill Resources Ltd. Sec. Litig.*, No. 1:20-cv-08585-LJL

Dear Judge Liman:

We represent Defendants Rio Tinto plc, Rio Tinto Limited, Jean-Sébastien Jacques and Arnaud Soirat (collectively, "Defendants"). We write jointly with Plaintiffs the Pentwater Funds pursuant to the Court's November 13, 2023 order (ECF No. 300) to inform the Court that the parties do not object to an order deeming the current motion to certify the class (ECF No. 286) withdrawn without prejudice to renewal after the Court rules upon the proposed amended complaint.

Respectfully submitted,

*/s/ Corey Worcester*
Corey Worcester

cc:  All counsel of record via ECF

The current motion to certify the class, Dkt. No. 286, is withdrawn without prejudice to renewal after the Court rules upon the proposed amended complaint. The Clerk of Court is respectfully directed to close Docket Number 286.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 17, 2023

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH