UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 1:20-cv-08585-LJL |
|---|---|

## [PROPOSED] ORDER GRANTING PLAINTIFFS THE PENTWATER FUNDS' MOTION FOR LEAVE TO FILE A THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

On December 15, 2023, Plaintiffs the Pentwater Funds filed a Motion for Leave to File a Third Amended Consolidated Class Action Complaint (the "Motion"). Having considered the documents filed in support of and in opposition to the Motion, the pleadings and the file in this Action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Leave to File Third Amended Consolidated Class Action Complaint is **GRANTED.**

2. Plaintiffs' shall file the proposed Third Amended Consolidated Class Action Complaint no later than three days from the date this order was issued.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
UNITED STATES DISTRICT JUDGE
LEWIS J. LIMAN