UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                  :

IN RE TURQUOISE HILL RESOURCES LTD.       :       20-cv-8585 (LJL)
SECURITIES LITIGATION                 :

                  :      ERRATA ORDER

---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

LEWIS J. LIMAN, United States District Judge:

The Memorandum and Order filed on February 21, 2024 at Dkt. No. 325 contained typographical errors. Pages thirteen, sixteen, and seventeen should have referred to Jacques, rather than Soirat.

Along with this Errata Order the Court is separately filing an Amended Memorandum and Order correcting those errors. The errors and corrections reflected in the Amended Memorandum and Order have no impact on the substance of the Opinion.

SO ORDERED.

Dated: February 26, 2024
     New York, New York                    LEWIS J. LIMAN
                                   United States District Judge