```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
IN RE TURQUOISE HILL RESOURCES LTD.                                 :
SECURITIES LITIGATION                                               :
                                                                    :
                                                                    :
------------------------------------------------------------------- X     20-cv-8585 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The motions to seal at Dkt. Nos. 337 and 339 seek only to redact the names of non-party witnesses referenced and redacted in the Third Amended Complaint, in accordance with the Court's prior order addressing the same topic. Dkt. No. 314 at 6–7. These motions are granted.

Defendants' motion to seal at Dkt. No. 331 seeks to seal Exhibits 1, 4, 5, 6, and 7 submitted in connection with the motion to dismiss. Dkt. No. 331. Defendants shall submit a letter within 14 days stating whether, given the use of such documents in the Court's Opinion and Order resolving the motion to dismiss the Third Amended Complaint, Defendants continue to take the position that countervailing factors outweigh the presumption of access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006).

The Clerk of Court is respectfully directed to close Dkt. Nos. 337 and 339.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge