```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
IN RE TURQUOISE HILL RESOURCES LTD.     :
SECURITIES LITIGATION                             :     20-cv-8585 (LJL)
:
-------------------------------------------------------------------- X     <u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

The Court shall hold a conference in this case on November 26, 2024, at 2:00 p.m., in-person in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

A joint letter updating the Court on the status of the case shall be filed on ECF by one week prior to the conference. The letter must be no more than three (3) single spaced pages and should include the following information in separate paragraphs:

(1) all existing deadlines, due dates, and/or cut-off dates;

(2) a brief description of the status of discovery and of any additional discovery that remains to be completed;

(3) proposed deadlines for the completion of discovery, Plaintiffs' motion for class certification, and any motions for summary judgment;

(4) the status of settlement discussions; and

(5) any other issues which should be addressed at the conference.

SO ORDERED.

Dated: November 8, 2024
       New York, New York                     _____
                                                          LEWIS J. LIMAN
                                                          United States District Judge