```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
IN RE TURQUOISE HILL RESOURCES LTD.                                 :
SECURITIES LITIGATION                                               :          20-cv-8585 (LJL)
                                                                    :
------------------------------------------------------------------- X          ORDER
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 11/26/2024

LEWIS J. LIMAN, United States District Judge:

As stated at the conference today, November 26, 2024, the Court approves the following schedule for further proceedings in this case:

- Discovery Recommences: December 2, 2024

- Lead Plaintiff to File Motion for Class Certification: December 23, 2024

- Defendants' Opposition to Class Certification: February 25, 2025

- Lead Plaintiff's Reply in Support of Class Certification: March 28, 2025

- Fact Discovery Completed: August 14, 2025

- Deadline for the party(ies) with the burden of proof to serve expert report(s): September 18, 2025

- Deadline for party(ies) to submit rebuttal expert report(s): October 23, 2025

- Expert Discovery Completed (including all expert depositions): November 25, 2025

- Post-Discovery Status Conference: December 2, 2025, at 12:00 p.m, Courtroom 15C in the 500 Pearl Street Courthouse

- Summary Judgment Motions Due: December 15, 2025

- Oppositions to Summary Judgment Motions Due: January 24, 2026

- Replies in Support of Summary Judgment Motions Due: February 28, 2026.

SO ORDERED.

Dated: November 26, 2024
New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge