UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 1:20-cv-08585-LJL |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

The Court, having reviewed Lead Plaintiff's Motion for Class Certification, filed on December 23, 2024, as well as the submissions and argument in support, HEREBY ORDERS THAT:

1. Lead Plaintiff's Motion for Class Certification is GRANTED;

2. A Class as defined below is certified:

All persons or entities who purchased or otherwise acquired Turquoise Hill securities between July 17, 2018 and July 31, 2019, inclusive (the "Class Period"), in domestic transactions or on U.S. exchanges, and were damaged thereby. Excluded from the Class are Defendants; Rio Tinto International Holdings, Ltd. ("RTIH"); officers and directors of Defendant Rio Tinto, RTIH, and Turquoise Hill; Defendants' immediate family members, legal representatives, heirs, successors or assigns; and any entity in which any Defendant, RTIH, or Turquoise Hill has or had a controlling interest;

3. Lead Plaintiff the Pentwater Funds[1] is appointed as Class Representative; and

4. Bernstein Litowitz Berger & Grossmann LLP is appointed Class Counsel.

IT IS SO ORDERED

DATED: _____    _____
THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

---

[1] The "Pentwater Funds" consist of seven related private investment funds, including PWCM Master Fund Ltd., Pentwater Thanksgiving Fund LP, Pentwater Merger Arbitrage Master Fund Ltd., Oceana Master Fund Ltd., LMA SPC for and on behalf of the MAP 98 Segregated Portfolio, Pentwater Equity Opportunities Master Fund Ltd., and Crown Managed Accounts SPC acting for and on behalf of Crown/PW Segregated Portfolio.