```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                                                         :
IN RE TURQUOISE HILL RESOURCES LTD.            :       20-cv-8585 (LJL)
SECURITIES LITIGATION                          :
                                                                         :       ORDER
------------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

Defendants' motion to seal at Dkt. No. 419 seeks to seal Exhibits L, M, N, and O (the "Exhibits") to the Declaration of Salvatore Graziano, Dkt. No. 417, in support of Plaintiff's Motion for Class Certification.  The motion to seal the Exhibits in their entirety is denied, without prejudice to the submission of a motion proposing redaction to the Exhibits.  The "confidentiality interest and potential competitive harm" suggested by Defendants, Dkt. No. 419, does not justify the wholesale sealing of the Exhibits, given that "the sealing of a court filing must be narrowly tailored to serve whatever purpose justifies the sealing."  *Liberty Ins. Underwriters, Inc. v. Epiq Ediscovery Sols., Inc.*, 2020 WL 8513142 (S.D.N.Y. Dec. 1, 2020).

Defendants shall submit a letter motion by January 29, 2025, proposing redactions to the Exhibits.  The Exhibits shall remain sealed until the Court renders a decision on that letter motion.  The Clerk of Court is respectfully directed to close Dkt. No. 419.

SO ORDERED.

Dated: January 22, 2025
       New York, New York                      _____
                                                LEWIS J. LIMAN
                                                United States District Judge