UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 1:20-cv-08585-LJL |

### STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

WHEREAS, the Court entered a Scheduling Order on November 26, 2024 (ECF No. 374, the "Scheduling Order"), which set the briefing schedule for Lead Plaintiff the Pentwater Funds' ("Plaintiffs") Motion for Class Certification (the "Motion");

WHEREAS, Plaintiffs filed their Motion on December 23, 2024 (ECF Nos. 415–17);

WHEREAS, pursuant to the Scheduling Order, the deadline for Defendants Rio Tinto plc, Rio Tinto Limited, Jean-Sébastien Jacques, and Arnaud Soirat's (collectively, "Defendants" and together with Plaintiffs, the "Parties") to file their Opposition to Plaintiffs' Motion is currently February 25, 2025, and Plaintiffs' deadline to file their Reply in Support of their Motion is currently March 28, 2025;

WHEREAS, the Parties have conferred regarding the scheduling of certain depositions relevant to Defendants' Opposition to Plaintiffs' Motion, and the Parties agree that an extension of thirty (30) days, until March 27, 2025, for Defendants' Opposition to Plaintiffs' Motion is appropriate;

WHEREAS, the Parties have agreed on an extension of time for Plaintiffs' Reply in Support of their Motion until April 30, 2025;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants will file their Opposition to Plaintiffs' Motion no later than March 27, 2025.

2. Plaintiffs will file their Reply in Support of the Motion no later than April 30, 2025.

3. These deadlines may be amended only by order of the Court, which may be sought by the Parties.

4. The Parties agree to be bound by the terms of this Stipulation pending its entry by the Court.

Dated: February 20, 2025

| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| */s/ James A. Harrod* <br> Salvatore J. Graziano <br> James A. Harrod <br> Michael D. Blatchley <br> Bernstein Litowitz Berger & Grossmann LLP <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Tel: 212-554-1400 <br> Fax: 212-554-1444 <br><br> *Counsel for Lead Plaintiff the Pentwater Funds* | */s/ Corey Worcester* <br> Corey Worcester <br> Renita Sharma <br> Hope Skibitsky <br> Jesse Bernstein <br> Leigha Empson <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> 295 Fifth Avenue <br> New York, NY 10016 <br> Tel: 212-849-7000 <br> Fax: 212-849-7100 <br><br> *Counsel for Defendants Rio Tinto plc, Rio Tinto Limited, Jean-Sébastien Jacques and Arnaud Soirat* |

IT IS SO ORDERED on this ___ day of _____ , 2025.

_____

Hon. Lewis J. Liman