UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TURQUOISE HILL RESOURCES LTD. SECURITIES LITIGATION | Case No. 1:20-cv-08585-LJL |

**ORDER GRANTING JOINT MOTION FOR ISSUANCE OF A LETTER ROGATORY**

The Court, having reviewed the Joint Motion for Issuance of a Letter Rogatory, as well as papers in support, HEREBY ORDERS THAT:

1. The Motion is GRANTED.

2. The Letter Rogatory attached as Exhibit A to the Declaration of Sam Cleveland, dated March 24, 2025 is hereby issued as the Court's "Letter Rogatory" and is fully incorporated herein.

3. The signed Order and the Letter Rogatory will be given to McCarthy Tétrault LLP and MLT Aikins LLP, who will cause both documents to be filed with the Manitoba Court of King's Bench.

4. The protective order governing confidentiality in this action shall apply to Morgan Aspin's deposition, including the transcript and video, and to documents produced by Mr. Aspin, to the extent applicable to Mr. Aspin's deposition transcript and document production.

5. This Order, Mr. Aspin's production of documents, the deposition of Mr. Aspin, or the terms of the Letter Rogatory (which are incorporated into this Order) shall not be construed or operate as a waiver of any argument, position, objection, allegation, or claim or defense of any party in the above-captioned action, or of the attorney-client privilege, the work product doctrine,

or any other privileges, rights, protections, or prohibitions that may apply to that evidence under the laws of Canada, the United States of America, and the state of New York.

IT IS SO ORDERED.

DATED: March 25, 2025

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE