USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
                                                          :

IN RE TURQUOISE HILL RESOURCES LTD.    :    20-cv-8585 (LJL)
SECURITIES LITIGATION
                                                         :        ORDER
------------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

The oral argument scheduled for June 25, 2025, at 10:00 a.m., is converted to a hearing on the motion for preliminary approval of the settlement and notice to the settlement class. Dkt. No. 469. The hearing will take place in-person in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

The parties should be prepared to discuss the terms of the proposed settlement, the language of the proposed notices, and the means by which notice will be provided to class members. The parties should be prepared to address the following issues, among others:

1. The definition of "domestic transaction" as used in the definition of the Settlement Class and Plaintiffs' Released Claims.

2. The timing of the payment of attorney's fees relative to the payment of the settlement amount to proposed class members, as reflected in Paragraph 16 of the proposed Settlement.

3. The selection of the claims administrator and budget for expenses incurred by and to be paid to the claims administrator.

4. The relationship of this action and the settlement to *Paulus de Leeuw v. Turquoise Hill Resources Ltd.*, No. 500-06-001113-204, including whether further description of the claims in that action is necessary to provide sufficient notice to class members.

5. Whether the notice should make clear that objecting class members who are individuals may proceed pro se without representation by counsel.

6. Whether notice should be provided by first class mail as well as by email and not by either first class mail or by email.

SO ORDERED.

Dated: June 20, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge