```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
: 
IN RE TURQUOISE HILL RESOURCES LTD.                  :
SECURITIES LITIGATION                                :    20-cv-8585 (LJL)
                                                     :
-------------------------------------------------------------------- X    ORDER

LEWIS J. LIMAN, United States District Judge:

On October 15, 2025, the Court heard oral argument on Lead Plaintiff's motion to finally approve the settlement and the proposed Plan of Allocation. By October 22, 2025, the parties shall submit a joint letter to the Court indicating whether it would be prudent and whether they agree to include in the settlement a provision requiring Lead Counsel to submit a report—both to the Court and published publicly on the class-action website—detailing the results of any distribution. An example report can be found on the website for the U.S. District Court for the Northern District of California:

https://cand.uscourts.gov/sites/default/files/forms/CAND_Post_Settlement_Distribution_Form_2024-03-12.a.pdf.

   SO ORDERED.

Dated: October 20, 2025                    _____
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge