| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 1251 Avenue of the Americas | 295 Fifth Avenue, 9th Floor |
| New York, NY 10020 | New York, New York 10016 |
| (212) 554-1400 | (212) 849-7000 |

October 21, 2025

**Via ECF**

Hon. Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re:  **Joint Letter**, *In re Turquoise Hill Resources Ltd. Sec. Litig.*, No. 1:20-cv-08585 (LJL) (S.D.N.Y.)

Dear Judge Liman:

  We write jointly on behalf of Lead Plaintiff and Defendants in this Action.

  We have reviewed Your Honor's Order dated October 20, 2025 (ECF No. 490), and the Parties agree that it is prudent and reasonable to include in the final settlement orders a provision requiring Lead Counsel to submit a report detailing the results of the distribution(s) of the Net Settlement Fund, substantially in the form used in the Northern District of California, to be filed with the Court and published publicly on the settlement website.

  Attached to this letter as Exhibit A is a further revised version of the [Proposed] Order Approving Plan of Allocation of Net Settlement Fund, approved by all Parties, that reflects that provision. A redline of the Revised Proposed Order compared to the order submitted to the Court on October 15, 2025 (ECF No. 489-1) is attached as Exhibit B. A redline of the Revised Proposed Order compared to the Order Approving Plan of Allocation initially submitted to the Court on October 8, 2025 (ECF No. 486) is attached as Exhibit C.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: */s/ Salvatore J. Graziano* | By: */s/ Corey Worcester\** |
|  Salvatore J. Graziano |  Corey Worcester |
|  salvatore@blbglaw.com |  coreyworcester@quinnemanuel.com |
| | |
| *Lead Counsel for Lead Plaintiff the Pentwater Funds and Counsel for the Settlement Class* | *Counsel for Defendants* |

\*With consent under S.D.N.Y. ECF Rule 8.5(b).
cc: All counsel of record (via ECF)